In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-376 CR


____________________



JOSEPH LONNIE BAKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 96894






MEMORANDUM OPINION


 On June 29, 2007, Joseph Lonnie Baker was sentenced on a conviction for deadly
conduct. Baker filed a notice of appeal on July 10, 2007. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
trial court's certification has been provided to the Court of Appeals by the district clerk.

 On July 24, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered September 5, 2007

Do not publish 


Before McKeithen, C.J., Kreger and Horton, JJ.